WALTER SHAW, Respondent, *v.* SAMLEY REALTY Co., INC., Appellant.

First Department, June 2, 1922.

See head note in *Shaw* v. *Samley Realty Co., Inc.* (*ante*, p. 433).

APPEAL by the defendant, Samley Realty Co., Inc., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 23d day of February, 1922, denying defendant's motion to vacate a notice requiring the defendant to submit to an examination before trial by its president and its agent, in an action to recover damages alleged to have been caused by the negligence of the defendant.

*William Dike Reed* [*William B. Shelton* of counsel], for the appellant.

*Herman Goldman* [*Max A. Geller* of counsel; *I. Gilbert Ornstein* and *Harlan A. Kashden* with him on the brief], for the respondent.

PER CURIAM:

For the reasons stated in the opinion in *Shaw* v. *Samley Realty Co., Inc.* (201 App. Div. 433), handed down herewith, the order appealed from should be reversed, with ten dollars costs and disbursements, and the motion to vacate granted.

CLARKE, P. J., LAUGHLIN, DOWLING, SMITH and GREENBAUM, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion granted.